

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-27-2005

# USA v. Rodriguez

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-1801

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Rodriguez" (2005). *2005 Decisions*. Paper 49.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/49

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

October 18, 2005

**No. 04-1801**

**United States of America**
**vs.**
**Miguel Rodriguez, Appellant**
**(District of New Jersey Criminal No. 01-cr-00021-5)**

**PRESENT: ROTH, McKEE and FISHER, <u>Circuit Judges</u>.**

Letter dated 10/17/05 from counsel for Appellee, which the Court may wish to construe as a motion to amend the opinion.

| | |
|---|---|
| **Answer due 10/31/05** | Tonya Wyche    267-299-4938 |
| **Opinion & Judgment entered 10/14/05** | Case Manager |
| **Mandate due to issue 11/7/05** | |

_____**O R D E R**_____

The foregoing motion to amend the opinion is granted.

By the Court,


*/s/ D. Michael Fisher*
Circuit Judge

Dated:  December 27, 2005
tyw/cc: Mitchell Ignatoff, Esq.
          Mark E. Coyne, Esq.
          George S. Leone, Esq.